UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GUILLERMO MOLINA-AGUILAR | CIVIL ACTION |
| VERSUS | NUMBER: 10-01329 |
| WARDEN AND MEDICAL DEPARTMENT OF DETENTION FACILITY LOCATED AT 3000 PERDIDO STREET, NEW ORLEANS, LOUISIANA; ET AL. | SECTION: "A"(5) |

O R D E R

The Court, having considered the motion/complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of movant/plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that movant/plaintiff's suit is **DISMISSED** for want of jurisdiction.

New Orleans, Louisiana, this 23rd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE